# IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### ASHEVILLE DIVISION
### 1:08cv285

| | |
|---|---|
| DJUNA HENSLEY, )<br>)<br>Plaintiff, )<br>)<br>Vs. )<br>)<br>MICHAEL J. ASTRUE, Commissioner )<br>of Social Security, )<br>)<br>Defendant. )<br>_____ ) | ORDER |

**THIS MATTER** is before the court upon the court's own Motion to Dismiss. Review of the court's docket reveals that plaintiff's deadline for filing a Motion for Summary Judgment and supporting brief was January 7, 2009. On January 6, 2009, the district court met with counsel for plaintiff concerning missed deadlines in other Social Security cases and was assured that no deadlines would be missed in the future. The district court instructed and warned counsel that if any deadlines were missed in the next three months, that such cases would be dismissed summarily. By failing to file the Motion for Summary Judgment and supporting brief the following day in this case, counsel for plaintiff has disobeyed the instructions of the district court. In accordance with the instructions of the district court, the undersigned enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that this action is **DISMISSED** without prejudice as to the refiling by plaintiff either *pro se* or with the assistance of another attorney within sixty (60) days of the filing of this Order.

Counsel for plaintiff shall notify his client of the entry of this Order and advise such client of the refiling rights as outlined in this Order. Counsel shall also provide such client with a list of other attorneys in the Asheville Division who provide representation in Social Security appeals. Further, counsel for plaintiff shall with such notice provide the client with a copy of the client's file without charge.

Signed: January 9, 2009

Dennis L. Howell
United States Magistrate Judge